JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
ARLENE M. ROSEN, Senior Deputy City Attorney - State Bar #100160
CHRISTOPHER KEE, Deputy City Attorney – State Bar #157758
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6392        Fax: (510) 238-6500
27320/621960

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TURNER,<br><br>        Plaintiff,<br><br>v.<br><br>OAKLAND POLICE OFFICERS CHRISTOPHER CRAIG, J. TURNER, P. PHAN, CITY OF OAKLAND<br><br>        Defendant(s). | Case No. C-09-03652-SI<br><br>**[proposed] ORDER RE: DEFENDANTS' MOTION TO ENLARGE FILING**<br><br>(No hearing date) |

Having considered Defendants' Motion for an Order Enlarging the time within which they may file a response to Plaintiff Michael Turner's Second Amended Complaint and the Declarations of Christopher Kee and Arlene M. Rosen submitted in support thereof, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants City of Oakland, et al. shall have up to and including January 14, 2010 within which to file a response to the Second Amended Complaint.

DATED: December ___, 2009

_____
UNITED STATES DISTRICT JUDGE