1

2

3

4

5                         IN THE UNITED STATES DISTRICT COURT

6                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    MICHAEL TURNER,                                No. C 09-03652 SI

9                  Plaintiff,                       **ORDER**

10        v.

11   OAKLAND POLICE OFFICERS
     CHRISTOPHER CRAIG, at al.
12
                   Defendants.
13   _____/

14
             Defendants are hereby ordered to refile Document 99—Defendants' Supporting Evidence RE:
15
     Motion for Summary Judgment; Index of Exhibits—properly redacted.  *See* Federal Rules of Civil
16
     Procedure 5.2.
17

18           **IT IS SO ORDERED.**
19

20
     Dated:  March 21, 2011
21                                                 _____
                                                   SUSAN ILLSTON
22                                                 United States District Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California