IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TURNER, | No. C 09-03652 SI |
| Plaintiff, | **ORDER RE: DEFENDANTS' REQUEST TO FILE A RESPONSE TO THE SUPPLEMENTAL DECLARATION OF WAYNE JOHNSON** |
| v. | |
| OAKLAND POLICE OFFICERS CHRISTOPHER CRAIG & J. TURNER, | |
| Defendants. | |

Defendants' request to file a response to the supplemental declaration of Wayne Johnson is GRANTED. (Doc. 112.) Defendants shall file a response that is no longer than five (5) pages by **12:00 p.m. on Friday, May 6, 2011.**

The hearing on defendants' motion for summary judgment remains scheduled for 9:00 a.m. on Friday, May 13, 2011. At the hearing, the parties should be prepared to discuss the question of qualified immunity.

**IT IS SO ORDERED.**

Dated: May 2, 2011

SUSAN ILLSTON
United States District Judge