IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TURNER, | No. C 09-03652 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| OAKLAND POLICE OFFICERS CHRISTOPHER CRAIG J. TURNER, | |
| Defendant. | |

The Court has granted defendants' motions for summary judgment. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 30, 2011

SUSAN ILLSTON
United States District Judge